UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

John Doe

v.

Case No. 1:26-cv-00733-SE-TSM

University System of New Hampshire,
Trustees et al

ORDER PROHIBITING REMOTE ELECTRONIC ACCESS

The attachment to the complaint (Doc. 1-1, Doc. 1-3, Doc. 1-4) in the above-captioned case contains one or more personal identifiers listed in Fed. R. Civ. P. 5.2(a). Making this information available over the Internet may result in personal or financial harm to the person whose personal information is contained in the attachment to the complaint (Doc. 1-1, Doc. 1-3, Doc. 1-4). Therefore, because good cause exists to prohibit a nonparty from obtaining remote electronic access to the attachment to the complaint (Doc. 1-1, Doc. 1-3, Doc. 1-4, the clerk shall limit remote access accordingly pursuant to Fed. R. Civ. P. 5.2(a).

SO ORDERED.

______________________________
Talesha L. Saint-Marc
United States Magistrate Judge

Date: September 11, 2026

cc:
John Doe