UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

DISTRICT OF NH
FILED
2026 OCT 28 P 9:17
24 HOUR DEPOSITORY

John Doe : Plaintiff,

v. Case No. 1:26-cv-00733-SE-TSM

University System of New Hampshire, Trustees, *et al.* : Defendants.

NOTICE IDENTIFYING PLEADINGS TO BE STRUCK

Pursuant to the Court's Order of October 8, 2026, Plaintiff hereby notifies the Court that he does not request that any pleading be struck.

Respectfully submitted,

/s/ John Doe

John Doe, Plaintiff, pro se

October 28, 2026